STATE of Missouri, Plaintiff, Respondent,

v.

Marcus C. TOWNSEND, Defendant/Appellant.

Marcus C. TOWNSEND, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

Nos. 64234, 66577.

Missouri Court of Appeals, Eastern District, Division Four.

May 30, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1995.

Application to Transfer Denied Sept. 19, 1995.

Deborah B. Wafer, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., AHRENS, P.J., and KAROHL, J.

PER CURIAM.

A jury found defendant guilty of second degree burglary, § 569.170, RSMo 1994. The trial court sentenced him to fifteen years imprisonment as a prior, persistent, and class X offender. Defendant appeals this judgment and the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).